# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| TAMILLE WILLIAMS,<br><br>　　*Plaintiff*,<br><br>vs.<br><br>CHENGLIANG HUANG AND<br>EAST WEST WHOLESALE, INC.,<br><br>　　*Defendants*. | Case No.: 6:24-cv-4957-DCC<br><br>**CONSENT AMENDED SCHEDULING ORDER** |

　　Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case. This Scheduling Order is entered to administer the trial of this case in a manner consistent with the Federal Rules of Civil Procedure's goal of securing "the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

1.　Amendment of Pleadings: Any motions to join other parties and to amend the pleadings shall be filed by **June 24, 2025**.

2.　Expert Disclosures:

　　A.　Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **July 19, 2025**.

　　B.　Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **August 18, 2025**.

3.　Records Custodian: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **September 30, 2025**. Objections to such affidavits must be made within 14 days after the service of the disclosures. See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) (D.S.C.)

5.　Discovery: Discovery shall be completed no later than **October 09, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene

esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Coggins in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to coggins_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

6.  Motions: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **October 23, 2025**.

7.  Mediation: Mediation shall be completed in this case on or before **November 07, 2025**. *See* Judge Coggins' Standing Mediation Order (setting forth mediation requirements).

8.  Pretrial Disclosures: No later than **December 15, 2025** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

9.  Motions in Limine: Motions in limine must be filed no later than **December 06, 2025**. Written responses are due 7 days after the motion is filed.

10. Pretrial Briefs and Exhibits: Parties shall furnish the Court pretrial briefs 7 days prior to the date set for jury selection.[1] Local Civil Rule 26.05 (D.S.C.). Attorneys shall meet at least 7 days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07 (D.S.C.).

11. Jury Selection and Trial: This case is subject to being called for jury selection and/or trial on or after **January 05, 2026**.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

**s/Donald C. Coggins, Jr.**
United States District Judge

Dated: March 17, 2025
Spartanburg, South Carolina

---

[1] The pretrial brief information found in Local Civil Rule 26.05(A)–(M) (D.S.C.) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)–(O) (D.S.C.) shall be served on opposing parties. 6:24-cv-04957-DCC Date Filed 12/09/24 Entry Number 12 Page 4 of 7

**WE CONSENT**

**MORGAN & MORGAN, P.A.**

*/s/ James G. Biggart II*
JAMES G. BIGGART II, ESQ.
Federal ID:     14195
COOPER KLAASMEYER, ESQ.
Federal ID:     14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone:     (843) 973-5186
Fax:               (843) 973-5208
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
swright@forthepeople.com
**Attorneys for the Plaintiff**


**SWEENY, WINGATE & BARROW, P.A.**

*s/ Marshall C. Crane*
Marshall C. Crane, Esquire
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, South Carolina 29211
(803) 256-2233
**ATTORNEYS FOR DEFENDANTS**