IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| **Tamille Williams** | ) | Civil Action No.: 6:24-CV-04957-DCC |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| **Chengliang Huang and East West Wholesale, Inc.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

The undersigned hereby certifies and advises this Court, the parties, and their attorneys, that Jake M. Tillery, of Sweeny, Wingate & Barrow, P.A., is appearing on behalf of Defendants in the above-captioned matter.

        Respectfully submitted,

        **SWEENY, WINGATE & BARROW, P.A.**

        s/ Jake M. Tillery
        Mark S. Barrow, Esquire
        Marshall C. Crane, Esquire
        Jake M. Tillery, Esquire
        Sweeny, Wingate & Barrow, P.A.
        Post Office Box 12129
        Columbia, South Carolina 29211
        (803) 256-2233

        **ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina
June 4, 2025