IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| **Tamille Williams,** | ) | Case No.: **6:24-cv-04957-DCC** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CONSENT MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| **Chengliang Huang and East West Wholesale, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:    UNITED STATES DISTRICT COURT:**

The parties respectfully request that certain deadlines in Amended Conference and Scheduling Order (Dkt. No. 22), beginning with the Plaintiffs' expert disclosure deadline, be extended by sixty (60) days. This Motion is made pursuant to Rules 6 and 16, FRCP. A chart containing the information required by Local Rule 6.01 is included. Pursuant to Local Rule 6.01, a proposed Second Amended Conference and Scheduling Order is submitted herewith. Pursuant to Local Rule 7.04, a separate memorandum including the information required by Local Rule 7.05 is not attached, as that information is contained below.

## BACKGROUND

This is a personal injury action involving a motor vehicle crash that happened on June 25, 2024, on Orchard Park Dr. in Greenville, South Carolina. *See* Complaint, Dkt. 1, ¶¶ 9-11. Defendant Chengliang Huang, driving a box truck in the course and scope of his employment or agency with Defendant East West Wholesale, Inc., allegedly reversed into the front of a vehicle driven by Plaintiff Tamille Williams. *Id.* at ¶¶ 31-34. Plaintiff alleges she sustained permanent

injuries and damages as a result of the crash. *Id.* Defendants deny Plaintiff sustained injuries and damages, and asserts various affirmative defenses. *See generally* Answer, Dkt. 9.

## FACTS BEARING UPON MOTION

The parties have been active in discovery so far, completing written discovery and scheduling depositions of the parties. Additionally, Plaintiff has continued to receive medical treatment for her injuries, delaying her deposition. Thus, the parties have been diligent in the development of the case

## ARGUMENT

Pursuant to Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent. Rule 16(b)(4), FRCP; *see also* Rule 6, FRCP. Such good cause exists in this case. As noted above, the parties have conducted written discovery and scheduled depositions for the fact witnesses, but significant additional time will be needed for medical witness depositions and expert discovery. Plaintiff is still treating, and the treatments (and recommendations) that have been rendered to date will require review by experts from both sides. More time to investigate these issues will benefit all parties, as the case moves towards either trial or negotiated resolution.

## LOCAL RULE 6.01 INFORMATION

| **Item** | **Deadline Under Amended Conference and Scheduling Order** (filed March 17, 2025) (Dkt. No. 22)[1] | **Deadline Under Proposed Second Amended Conference and Scheduling Order** |
|---|---|---|
|  |  |  |

---

[1] The Court's Original Conference and Scheduling Order (Dkt. No. 12) was issued on December 9, 2024 and was amended in the ordinary course subsequent to the parties' Rule 26(f) conference.

| | | |
|---|---|---|
| **Plaintiff's Expert Disclosures** | **July 19, 2025** | **September 17, 2025** |
| **Defendants' Expert Disclosures** | **August 18, 2025** | **October 17, 2025** |
| **Records Custodian Affidavits** | **September 30, 2025** | **November 29, 2025** |
| **Completion of Discovery** | **October 9, 2025** | **December 8, 2025** |
| **Motions** (Excluding those regarding evidence admissibility and those to compel discovery) | **October 23, 2025** | **December 22, 2025** |
| **Mediation** | **November 7, 2025** | **January 6, 2025** |
| **Pre-Trial Disclosures** | **December 15, 2025** | **February 13, 2026** |
| **Motions in Limine** | **December 6, 2025** | **February 4, 2026** |
| **Trial** | **On or after January 5, 2026** | **On or after March 6, 2026** |

## **CONCLUSION**

For the foregoing reasons, the parties respectfully request that the proposed Second Amended Scheduling Order be adopted in this case.

*Signature Page to Follow*

| I SO MOVE: | I CONSENT: |
|---|---|
| s/Jake M. Tillery | s/Cooper Klaasmeyer |
| Mark S. Barrow, Fed. I.D. | Cooper Klaasmeyer |
| Marshall C. Crane, Fed. I.D. | Fed. I.D. 14272 |
| Jake M. Tillery, Fed. I.D. | Morgan and Morgan |
| Sweeny, Wingate & Barrow, P.A. | 4401 Belle Oaks Drive |
| Post Office Box 12129 | North Charleston, SC 29405 |
| Columbia, SC  29211 | (843) 973-5438 |
| (803) 256-2233 | *Attorney for Tamille Williams* |
| *Attorneys for Defendants* | |